IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| OLIVER KING HUGHES, <br> Institutional ID No. 01929487, <br> SID No. 08038068, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN COLLIER, *et al.*, <br><br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. 1:21-CV-00069-C |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-TRANSFERRING TO THE MAGISTRATE JUDGE

On September 20, 2021, the United States Magistrate Judge made findings, conclusions, and a recommendation that the Court deny Plaintiff's Motion for a Preliminary Injunction. No objections were filed and the time to do so has passed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's Motion for Preliminary Injunction (Doc. 1) is DENIED.

This case is transferred back to the docket of the Honorable John R. Parker to continue the judicial screening process under 28 U.S.C. §§ 1915(e)(2) and 1915A. The Magistrate Judge shall order the transfer of this case back to the docket of this Court and file proposed findings of fact, conclusions of law, and recommendations for the disposition of the case pursuant to 28 U.S.C. § 636(b)(1) within 270 days from the date of this order.

**SO ORDERED.**

Dated October 12, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE